

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/11/2014

| | |
|---|---|
| IN RE: | CASE NO. 14-31348-H4-7  14-80094-G3-7 |
| MICHAEL A. MCCANN | |
| Debtor. | (Chapter 7) |

## ORDER

There is now pending before this Court the United States of America's Emergency Motion To Confirm that the Automatic Stay is not in Effect under 11 U.S.C. § 362(c)(4)(A)(ii). The Court, having considered the motion, finds that good cause exists to grant the motion of the United States. It is therefore,

ORDERED that in the above captioned Chapter 7 case the stay under 11 U.S.C. § 363(a) is not in effect.

SIGNED this _____ day of MAR 1 1 2014, 2014, in Houston, Texas.

_____
UNITED STATES BANKRUPTCY JUDGE